# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **VS.** | * | **CR. NO. 04-00205-CG** |
| **NATALIE PARKER,** | * | |
| **Defendant.** | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the judgment which was entered in the above styled case on May 19, 2005, to read as follows:

Special condition of probation: The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office.

**DONE AND ORDERED** this 20th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE